# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 04, 2016

Mr. Tillman J. Breckenridge
Bailey Glasser, L.L.P.
1054 31st Street, N.W.
Washington, DC 20007

    No. 16-30201   Royce McLin v. Jason Ard, et al
                        USDC No. 3:13-CV-538

Dear Mr. Breckenridge,

The following pertains to your brief electronically filed on 5/3/2016.

**Please make the following correction to your brief within 14 days from the date on this notice:**

- Caption on the brief does not agree with the caption of the case in compliance with FED R. APP. P. 32(a)(2)(C). (See attachment)

**Once you have prepared your sufficient brief, you must select from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.** Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Dawn D. Victoriano, Deputy Clerk
                                      504-310-7717

cc:   Mr. John Christopher Alexander Sr.
      Mr. Cullen John Dupuy
      Mr. Druit George Gremillion Jr.
      Mr. Christopher M. Moody

Case No. 16-30201

ROYCE DENTON MCLIN,

    Plaintiff - Appellant

v.

JASON GERALD ARD, In his Individual and Official Capacity as Sheriff of Livingston Parish; BENJAMIN THOMAS BALLARD, In his Individual and Official Capacity as a Livingston Parish Sheriff's Office Detective; JACK R. ALFORD, JR., In his Individual and Official Capacity as a Livingston Parish Sheriff's Office Detective; STAN CARPENTER, In his Individual and Official Capacity as a Livingston Parish Sheriff's Office Major; BRIAN P. SMITH, In his Individual and Official Capacity as a Livingston Parish Sheriff's Office Lieutenant Colonel; BONITA G. SAGER, In his/her Individual and Official Capacity as a Livingston Parish Sheriff's Office Detective; WILLIAM DORSEY, In his Individual and Official Capacity as a Livingston Parish Sheriff's Office Deputy, also known as Willie; JAMES R. NORRED, JR., In his Individual and Official Capacity as a Councilman, also known as Jim; CYNTHIA G. WALE, In her Individual and Official Capacity as a Councilwoman, also known as Cindy; CHANCE MCGREW PARENT, In his Individual and Official Capacity as a Councilman,

    Defendants - Appellees