# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 04, 2016

Mr. Tillman J. Breckenridge
Bailey Glasser, L.L.P.
1054 31st Street, N.W.
Washington, DC 20007

        No. 16-30201   Royce McLin v. Jason Ard, et al
                       USDC No. 3:13-CV-538

Dear Mr. Breckenridge,

The following pertains to your record excerpts electronically
filed on 5/3/2016.

**Please make the following correction within 14 days from the date
on this notice:**

  • You must provide proof of service within the next 14 days.
    See FED R. APP. P. 25(d) and 5TH CIR. R. 30.1.4(i).

**Once you have prepared your sufficient record excerpts, you must
select from the Briefs category the event, Proposed Sufficient
Record Excerpts, via the electronic filing system.** Please do not
send paper copies of the record excerpts until requested to do so
by the clerk's office.  The record excerpts are not sufficient
until final review by the clerk's office.  If the record excerpts
are in compliance, paper copies will be requested and you will
receive a notice of docket activity advising you that the
sufficient record excerpts filing has been accepted and no further
corrections are necessary.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Dawn D. Victoriano, Deputy Clerk
                            504-310-7717

cc:  Mr. John Christopher Alexander Sr.
     Mr. Cullen John Dupuy
     Mr. Druit George Gremillion Jr.
     Mr. Christopher M. Moody